UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:10-cr-131-2 |
| | ) |
| FRANK ANNETTE, | ) |
| | ) |
| Defendant. | ) |

ORDER

Defendant Frank Annette has filed motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), citing health concerns arising out of the COVID-19 pandemic.

Annette was released from FCI Danbury as a result of a class action lawsuit settlement brought by inmates at the facility. Annette, still in the Bureau of Prisons custody, is now serving the remainder of his sentence on home confinement. The basis for his motion for compassionate release no longer exists.

For the reasons set forth above, his motions (ECF 295 and ECF 297) are denied.

DATED at Burlington, in the District of Vermont, this 16th day of April, 2021.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge